# Court of Appeals
# of the State of Georgia

ATLANTA,  July 16, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1487. JODY RICHARD HOSKINS v. THE STATE.**

Following a bench trial, Jody Richard Hoskins was found guilty of misdemeanor obstruction of a law enforcement officer. Hoskins then filed a pro se "Notice of Filing Petition for Certiorari" and a notice of appeal. The petition for certiorari was transmitted to the Supreme Court of Georgia, which transferred the case to this Court. See Case No. S24A0783 (April 30, 2024). The appeal was docketed as Case No. A24A1487. Hoskins's notice of appeal was transmitted to this Court, and has been docketed as Case No. A24A1671. Because Hoskins seeks to appeal the same misdemeanor conviction in both appeals, A24A1487 is duplicative of A24A1671. And because a proper notice of appeal was filed in Case No. A24A1671, the appeal in this case is hereby DISMISSED as duplicative.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  07/16/2024

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*